E-FILED
Thursday, 14 September, 2017  03:06:48 PM
Clerk, U.S. District Court, ILCD



*FILED*
*SEP 14 2017*
*CLERK OF THE COURT*
*U.S. DISTRICT COURT*
*CENTRAL DISTRICT OF ILLINOIS*

*UNITED STATES DISTRICT COURT*

   *For the*

*Eleventh District*

*Micheal W. Gragg/Tracey M. Gragg*

*Plaintiff/Petitioner*

   *V.*

*(1) SIU Physicians & Surgeons,*

*(2) Quanada Women Shelter,*

*(3) Memorial Health Systems C/O Mental Health Services of Central Illinois, &*

*(4) Central Illinois Kidney & Dialysis Center,*

*Defendant's*

## *COMPLAINT:*

*The plaintiff, Micheal Gragg moves the court for entry of judgement against the following defendants listed below:*

   *(1)  SIU PHYSICIANS & SURGEONS,*
   *(2)  QUANADA WOMEN SHELTER, QUINCY, IL,*

(3)  *MEMORIAL HEALTH SYSTEMS PREVIOUSLY CALLED MENTAL HEALTH CENTERS OF ILLINOIS,*

(4)  *CENTRAL ILLINOIS KIDNEY & DIALYSIS CENTER, in support of such complaint is as follows:*

## NATURE OF ACTION AND JURISDICTION:

1. *This is a civil action under 42 U.S.C. 1983 Seeking Damages and injunctive relief against defendants for committing acts under law with the intent & for the purpose of depriving adequate medical treatment as needed under the Federal statutes for Medical Malpractice/Medical Neglect in 2015- present Plaintiff was a patient @ SIU School of Medicine went to his annual check-up the then doctor that has since graduated & moved on & is no longer employed with SIU School of Medicine found out my creatine level was off & told me to go to the hospital  as I was bleeding inside & needed a blood transfusion I went to*

*Memorial Medical Center I was admitted for 7 days they gave me 5 units of blood & was monitoring me to make sure the blood stayed & I didn't hemorrhage everything was fine I didn't break out bleeding again the next day but my other levels would rise they would get them down they'd stay down overnight do labs next day my levels would rise they tried diligently to find out why my levels were doing this finally my levels went normal & stayed normal & I was not 100% but I was well enough to be discharged with this in mind I got sent home that night after 7 days things were going fine was told that I was @ Stage 3 as long as my #'s was alright dialysis was not an option but to keep seeing a renal doctor I was homeless & the doctor was clear out on Koke Mill Road & the bus didn't take me all the way to the doctor's office & I had to walk & so it got very hard to go to the doctor's when I realized that I couldn't make it I called & told them I needed to reschedule*

2. *This case arises on the basis of medical treatment for my renal disease & the way the SIU Doctors were doing unethical practices as far as my kidney disease is provided by defendant's medical facilities, under 42 USC 1988, 1989 under section 702 the defendant's after I was in & out of the hospital even today because of my Sickle Cell Anemia/Sickle Cell Traits the doctors promised that if my levels stayed the same they were not going to put me on dialysis when I had last seen my doctor after being admitted 2 times despite the fact that my Creatine Level was still the same tricked me to go to dialysis 1 time & they said they'd give me some medicine for my kidney to keep me off of dialysis mind you even today my creatine level has not changed I'm still Stage 3 Central Illinois Kidney & Dialysis Center told me that if I didn't go to DaVita Dialysis they would call an ambulance & I had a long time for the bus & they would force me to go to DaVita by ambulance so against my better*

*judgement I agreed to go I immediately called my Internal Medicine doctor @ SIU she didn't care the kidney doctor had already told her all she said is if I went that she would get me on the kidney transplant list in 6 months if I went the whole time I agreed I went to DaVita Dialysis for 6 months consecutively after going for 6 months & was told that I still could not get on the kidney transplantation list because I was homeless I was @ DaVita that day & this man that was homeless announced with DaVita Dialysis that he was on the kidney transplantation list & was there for 6 months and he got a kidney & still today hasn't been back I again called SIU & Central Illinois Kidney and Dialysis Center they both conquered the same story that I could not get a kidney because I was homeless even though they knew that this man was homeless @ DaVita for 6 months & he got a kidney I threatened suit they reiterated that there was steps that a person had to go through & that one of them is*

*that you must have a house because of the high risk of infection yet again this man was homeless & got a kidney then there excuse turned into I didn't go to all of my Kidney doctor's appointments I told them I called you every time I could not make it they said I didn't I had recordings to prove I called & left it on their answering machine the day before several times stating that I was not going to be able to make it*

3. *Since 2015 when I started dialysis not one time have I seen my kidney doctor but DaVita's doctors never told to make an appointment never received the medicine that I was told about,*

4. *I have since been in the hospital repeatedly over 50 times & not once has my doctor from SIU came to the hospital room but instead called me on the phone telling me if I don't do what she wants she'll have the hospital release me whether I was worse or better before I'm supposed to be released like 1 time she wanted*

*me to get an Upper & lower GI I refused to drink the contrast mind you I was still bleeding inside only because I'm allergic to the contrast it makes me so nauseated that's why I refused to drink it anyway I was still bleeding inside SIU got mad @ me for this & released me I lost 5 pints of blood do to SIU's negative & unethical reaction they've done this several times & when I complain the doctors always right,*

5. *I have stopped going to DaVita a lot because of this because I felt that DaVita is one of them which I'm now realizing they are not they only have orders from SIU & Central Illinois Kidney and Dialysis Center when I don't show up DaVita will call my best friend Joey Gallina, my Aunt Bernice Matthews, the person who runs the SOS Overflow Shelter Renata Hamilton complaining that I'm not going to dialysis but if the doctors would stop lying & putting me in harm's way I wouldn't have a problem going then one time I went to DaVita & this man was*

*only there for a month got on the kidney transplantation list & got a kidney & hasn't come back. Therefore, this Is why I give up because I feel like the only support I have is my wife which will be coming up shortly within the next 3 paragraphs.*

6. *I was in the hospital in July because I gave up & hadn't been to dialysis in over 3 months due to the doctor's extreme attitude & neglect which is constantly extreme & brutal & in mine and my wife's opinion should not be allowed to practice medicine if she's going to do all of this. I got extremely weak could not barely stand up hadn't eaten in over 3 weeks, almost fainted my wife Tracey got concerned over it & called the ambulance when I told her to go get me a soda she got me a soda & then called the ambulance @ the gas station they took me to Memorial Medical Center & said that my Potassium was off the charts if I would've got there any later than I did I would've died Tracey was so concerned anyway, the doctor*

from SIU got mad & released me after 7 days because I hadn't been to DaVita in over 2 months, A nephrologist job is to take care of me when it applies to my renal failure my doctor not once has attempted to make an appt. for me, not check on me, not had SIU check on me nothing when he was the one that lied about giving me a kidney after 6 months of me being @ DaVita.

7. An Internal Medicine's doctor's duties include the following: To properly diagnose their patient's illnesses, to properly care for their patients but how is SIU properly caring for my well-being when if I don't do what the doctor thinks I should do or listen to their social worker Janette that belittles me she told me when I didn't have my free disabled bus card that SCIL does that I wound up getting it telling me to go to a halfway house with prisoners I called the gentlemen & he said I wasn't a candidate because I was not a prisoner & because of my renal failure, to go to Housing

*Authority I don't have my wife's birth certificate & my wife put in for Near North Village 2 years ago & hasn't got in their yet, she put in for Sangamon Tower's well over a year & a half ago & still hasn't heard from that either & Housing Authority has a waiting list up to 6 months & when my wife gets her birth certificate & our marriage license we are going to go other list include after this with my wife's part. Anyway, how is SIU doing what's in my best interest when the doctor puts me in harm's way because I don't do what she thinks I should do or I don't jump through her hoops, and also SIU is refusing to put me on the Kidney Transplantation List.*

8. *SIU/Memorial Health Systems previously called Mental Health Centers of Illinois, St. John's Hospital, Passavant Area Hospital & Quanada Woman Shelter Quincy, IL after my 3rd to last admission in June the day after I got released from Memorial Medical Center my wife & I got in an argument because she didn't want to*

*clean the apartment & I was too sick to clean it up & she got mad & called the police they threatened to have me arrested & told her to leave me she did she caught the bus & went to St. John's Hospital, St. John's Hospital along with Memorial Health Systems sent her to Pass Avant Area Hospital in Jacksonville, IL they sent her to Quanada Woman Shelter in Quincy, IL because they heard us arguing on the phone & Tracey had stopped taking her medicine for 3 months to teach me a lesson about how important it is for treatment she got extremely depressed & felt suicidal because of everything going on with SIU when she got to Pass Avant Area Hospital she lied & said I beat her & they believed her & SIU/Mental Health/Pass Avant doctors decided to put her on 1,500 mg of a tranquilizer that the side effects can cause: Alzheimer's, they can make you commit suicide, they can cause renal failure, heart trouble, brain damage, schizophrenia, & others my wife is only 210 lbs. She's not large enough*

*to take that many pills she thought that they were anti-depressants that were used to control bi-polar/ADHD/PTSD & they shipped her to Quincy to Quanada she had reactions from the medicines didn't tell anyone & attempted suicide they had 1 pill alone 150 mg. 4 times a day that one alone is 600 mg. total, the other one she took 4 mg. prazoin which is fine for PTSD she's been on that for years & it really helps her, another tranquilizer was 300 mg 3 times a day so far were only @ 900 mg this is not all, there is one more that is 350 mg 4x a day & that is it. That total dosage is: 1,800 mg. it really affected her brain she don't now remember details from what happened to yesterday to people's names, she gets very scared around a lot of people, she has crying sprees when she's on this then she'll just not tell anyone & attempt suicide & if you ask her why she says I just felt like dying. She stopped going to SIU because of this it's impacted every aspect of how she's*

*functioning to being really scared really easily then she'll tell you she don't remember attempting suicide this is one of the major reasons for the suit against SIU because now she'll tell you in a minute she needs a guardian because she can't function day to day, she forgets surroundings, she forgets people's names, streets she used to remember she doesn't remember anymore for example she used to know Bloomington with the back of her hand & she took a cab from Quincy to Bloomington & couldn't remember the hotel's address that she used to know with the back of her hand this was not in her nature.*

*Complaints filed by a plaintiff to a medical facility for improper diagnoses commonly called Medical Malpractice/Medical Negligence, Negligence means careless behavior such as allowing me to bleed inside like I am now/ Giving a lethal injection of a tranquilizer & causing major brain damage maybe even Alzheimer's/dementia & failing to do their duties*

*as a doctor because you think I should go to dialysis.*

*Absolute Immunity only applies to the certain types of agencies listed below:*

1. *Federal Officials may not be sued for damages in their official capacity except under Federal Tort Claims Act, 28 U.S.C.A, 2680 (West Supp. 2001). In all other actions, they may be sued for damages in their official capacity for injunctive relief.*

2. *State Officials: may be sued only in their individual capacity for damages, and in their official capacity for injunctive relief. See Edelman V-Jordan, 415 U.S. 651, 94 S. Ct, 1347, amendment bars suits for retrospective relief*

3. *City & County Officials:*

*May be sued in both their official & individual capacities, in addition, cities may be sued directly for retrospective damages or prospective relief. However, under, Monell V- Dept.of Soc.Servs., 436 U.S. 658, 98 S. Ct. 2018, 56 L. Ed., 2d 611 (1978)*

*respondent superior is not a basis for municipal liability. Municipal liability is based on injury caused by a policy or custom 42 U.S.C.A. 1988 (West 1994 & Supp. 2001) in order to receive damages & prevail in a lawsuit 4 factors have to be proven in any type of negligence/small claims proceeding,*

1. *Plaintiff suffered injury during medical treatment which myself & my wife did & still are, or a physician misdiagnosed a person's condition,*

2. *Physician had to put the client in harm's way & in both mine & my wife's case they did, whether knowing or not that indeed the person would suffer harm under normal circumstances had the harm been done to someone else,*

3. *That it was no fault to the plaintiff, & that the harm was so severe to warrant damages & to prevail in a Medical Neglect/Medical malpractice suit. Under Illinois Law medical malpractice occurs when:*

1. *A doctor or other healthcare professional or institution*
2. *Breaches a standard of care when treating a patient,*
3. *Resulting in injury or death. Standard of care is generally accepted set of standards and practices Medical professionals would use when treating a separate patient under similar circumstances. Obviously, this requires an analysis of a number of factors, such as patients age, health before treatment, & the specifics of their conditioner, but a violation of the standard of care can constitute Medical Negligence, the negligence must result in injury/death, and the plaintiff must prove the professional's negligence directly caused their injuries. Which they did today I was at dialysis & I was set @ 2 liters the kidney doctor said to up they up the machine to 6 I got really sick & had an accident on*

*myself. Which for the reasons set forth up above we request the following that:*

1. *That Central Illinois Kidney & Dialysis doctors immediately put me on the Kidney Transplantation list.*

2. *We request the sum of 4.5 million dollars to pay for the kidney transplant plus hospital inpatient fees, & pain & suffering from how SIU & the Kidney doctor caused irreversible damage to my kidney by rushing me into dialysis.*

3. *We request a written apology from Quanada woman Shelter for my wife because do to her reaction from the medicine she attempted suicide without telling anyone while a resident @ Quinada and Quanada found out about it rushed her to Blessing Hospital in Quincy, Quanada refused to allow her to return do to Quanada because of it & come to find out it was a common reaction that 90% of*

*people on this specific tranquilizer will & do attempt suicide.*

*I certify under penalty of perjury that I hand delivered a copy of this petition to start the lawsuit UNITED STATES DISTRICT COURT*

*FOR THE ELEVENTH DISTRICT MICHEAL W. GRAGG/TRACEY M. GRAGG,*

*Plaintiff/Petitioner to the following parties listed below:*

*(1) SIU School of Medicine I hand delivered them a stamped copy on Thursday, September 14, 2017 @12 PM. To their legal dept/someone @ the front desk if legal is not available,*

*(2) Memorial Health Systems formerly called Mental Health Centers of Illinois on Thursday, September 14, 2017 @ 1:30 PM.*

*(3) I will mail a copy of this petition to: Quanada Woman Shelter located @ 2707 Maine Street, Quincy, IL. On Wednesday, Sept. 26, 2017,@4 PM.*

*(4) I will mail a copy of this petition to: Central Illinois Kidney & Dialysis Centers on Wednesday, Sept. 26, 2017 @ 3 PM.*

*Plaintiff's Micheal & Tracey Gragg signature:*

*Dated:* September ____ 14, ____ *2017*

*@:* 10:52 ____ *PM.*